**JS6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL BONFIGLIO,

              Petitioner,

   v.

W.L. MONTGOMERY, Warden,

              Respondent.

NO.  CV 16-2349-RGK (AGR)

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED:  **5/7/2024**

_____
R. GARY KLAUSNER
United States District Judge